

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2021

No. 04-21-00009-CV

Ernest **BUSTOS,**
Appellant

v.

**ENCINO PARK HOMEOWNERS**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-18828
Larry Noll, Judge Presiding

# O R D E R

The clerk's record and reporter's record in this appeal are past due.  *See* TEX. R. APP. P. 35.1.  The trial court clerk responsible for preparing the clerk's record has filed a notification of late record, stating that appellant has failed to (1) request preparation of the clerk's record and (2) pay or make arrangements to pay the fee for preparing the clerk's record.  *See* TEX. R. APP. P. 35.3(a).

We therefore ORDER appellant to file written proof in this court ***no later than ten (10) days*** after the date of this order showing that: (1) he has requested that the trial court clerk prepare the clerk's record *and* that the official court reporter prepare the reporter's record in compliance with Texas Rules of Appellate Procedure 34.5 and 34.6, respectively; and (2) ***either*** the clerk's and court reporter's fees for preparation of the clerk's record and reporter's record have been paid or payment arrangements have been made, ***or*** appellant is entitled to appeal without paying the fees.  *See* TEX. R. APP. P. 34.5, 34.6; 20.1(a); TEX. R. CIV. P. 145.

If appellant fails to respond within the time provided, the appeal will be dismissed.  *See* TEX. R. APP. P. 42.3.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2021.

MICHAEL A. CRUZ, Clerk of Court